# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION

**RICKITA CANNON,**

Plaintiff,                                                                                  **Case No.: 6:24-cv-01884**

v.

**TRANSUNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, L J ROSS ASSOCIATES, and EXPERIAN INFORMATION SOLUTIONS, INC.,**

Defendant.

_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT

### EQUIFAX INFORMATION SERVICES, LLC

**COMES NOW Plaintiff, RICKITA CANNON**, pro se, and hereby notifies the Court that Plaintiff and Defendant, **EQUIFAX INFORMATION SERVICES LLC**, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, general release, and related documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated the 26th day of December, 2024.

                **Respectfully submitted,**

                ***/s/ Rickita Cannon***

                **Rickita Cannon**

                46 Dorset Dr.

                Kissimmee, FL 34758

                **Phone:** 414-215-8821

                **Email:** Rickitacannon@yahoo.com

                **Plaintiff Pro Se**

### CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

                **By:** ***/s/ Rickita Cannon***