# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

RICKITA CANNON,

        Plaintiff,

v.                                             Case No.: 6:24-cv-1884-WWB-DCI

TRANSUNION LLC, EQUIFAX
INFORMATION SERVICE, LLC, L J
ROSS ASSOCIATES and EXPERIAN
INFORMATION SOLUTIONS, INC.,

        Defendants.
_____/

## ORDER

The Court has been advised by Plaintiff's Notice of Settlement that the above-styled action has been completely settled as to Defendant TransUnion LLC. (Doc. 44 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that the claims against TransUnion LLC are hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to terminate TransUnion LLC as a Defendant in the above-styled action and amend the case style accordingly.

**DONE AND ORDERED** in Orlando, Florida on February 5, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party