UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RICKITA CANNON**

        **Plaintiff,**

v.                                                                   **Case No: 6:24-cv-1884-WWB-DCI**

**TRANSUNION LLC, EQUIFAX INFORMATION SERVICE, LLC, LJ ROSS ASSOCIATES, and EXPERIAN INFORMATION SOLUTIONS, INC.,**

        **Defendants.**

## ORDER

This cause comes before the Court for consideration after a hearing on Defendant LJ Ross Associates' Motion to Compel Discovery. Doc. 49 (the Motion). For the reasons set forth in the record, the Motion is **GRANTED IN PART and DENIED in part.** To the extent the Motion is denied, it is denied without prejudice.

In the Motion, Defendant LJ Ross Associates seeks an order compelling Plaintiff's response to two interrogatories and several requests for production. Doc. 49 at 2-3. After hearing arguments from Defendant LJ Ross Associates and Plaintiff at the hearing, the Court finds that the Motion is due to be granted in part and denied in part, as stated on the record.

The Court's rulings on the disputed discovery requests are summarized below:

| Request Number | Ruling |
|---|---|
| Interrogatory No. 9 | Motion to compel denied. |
| Interrogatory No. 17 | Motion to compel denied. |

| **Request Number** | **Ruling** |
|---|---|
| Request for Production No. 1 | Motion to compel denied. |
| Request for Production No. 2 | Motion to compel denied. |
| Request for Production No. 7 | Motion to compel denied. |
| Request for Production No. 8 | Motion to compel denied. |
| Request for Production No. 9 | Motion to compel denied. |
| Request for Production No. 10 | Motion to compel denied. |
| Request for Production No. 11 | Motion to compel denied. |
| Request for Production No. 12 | Motion to compel denied. |
| Request for Production No. 13 | Motion to compel denied. |
| Request for Production No. 14 | On or before May 7, 2025, Plaintiff shall provide documentation responsive to this request to the extent it exists and consistent with the Court's ruling on the record. |
| Request for Production No. 15 | On or before May 7, 2025, Plaintiff shall produce a copy of all credit reports pertaining to Plaintiff, dated on or after January 1, 2022. Alternatively, Plaintiff may provide Defendant LJ Ross Associates with a signed release authorizing LJ Ross Associates to request this information. |
| Request for Production No. 16 | Motion to compel denied, as Plaintiff stated on the record that she has provided all documents relevant to this request. |
| Request for Production No. 18 | On or before May 7, 2025, in accordance with the Court's ruling on the record, Plaintiff shall produce any documents responsive to this request that she has not already provided. |
| Request for Production No. 19 | On or before May 7, 2025, in accordance with the Court's ruling on the record, Plaintiff shall produce any documents responsive to this request that she has not already provided. |

| Request Number | Ruling |
|---|---|
| Request for Production No. 20 | On or before May 7, 2025, in accordance with the Court's ruling on the record, Plaintiff shall produce any documents responsive to this request that she has not already provided. |
| Request for Production No. 21 | Motion to compel denied. |
| Request for Production No. 22 | On or before May 7, 2025, in accordance with the Court's ruling on the record, Plaintiff shall comply with Federal Rule of Civil Procedure 26(a)(1)(A)(i), (ii), and (iii). |
| Request for Production No. 23 | Motion to compel denied. |
| Request for Production No. 24 | On or before May 7, 2025, in accordance with the Court's ruling on the record, Plaintiff shall produce any documents responsive to this request that she has not already provided. |
| Request for Production No. 25 | Motion to compel denied, as Plaintiff stated on the record that she has not consulted with an expert on this matter and has no documents to produce in response to this request. |
| Request for Production No. 26 | Motion to compel denied. |
| Request for Production No. 27 | Motion to compel denied. |
| Request for Production No. 28 | Motion to compel denied. |

Accordingly, it is **ORDERED** that the Motion (Doc. 49) is **GRANTED in part and DENIED in part** as set forth in the foregoing chart.

**ORDERED** in Orlando, Florida on April 23, 2025.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties