UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RICKITA CANNON**

        **Plaintiff,**

v.                                                                    Case No: 6:24-cv-1884-WWB-DCI

**LJ ROSS ASSOCIATES,**

        **Defendant.**

## ORDER

This cause comes before the Court for consideration after a hearing on Plaintiff Rickita Cannon's (Plaintiff) Motion to Compel Discovery Responses, to Strike Defendant's Documents, and for Sanctions. Doc. 65 (the Motion). For the reasons set forth in the record, the Motion is **GRANTED IN PART and DENIED in part.**

In the Motion, Plaintiff requests that the Court: 1) compel Defendant LJ Ross Associate's (Defendant) response to eleven requests for production; 2) "Strike any documents Defendant failed to disclose under Rule 26(a)(1) from being used at trial;" 3) "Bar Defendant from introducing at trial any documents that were not disclosed in their initial disclosures or produced in discovery;" and 4) "Sanction Defendant under Rule 37 and 28 U.S.C. § 1927 for willfully violating discovery obligations and court instructions." Doc. 65 at 5-6. In response, Defendant argues that the Court should deny the Motion and allow for "expanded briefing so that the Court can assess whether Plaintiff's written representations and litigation conduct are consistent with Fed. R. Civ. P. 11, Fed. R. Civ. P. 37, and 28 U.S.C. § 1927." Doc. 67 at 3.

On July 9, 2025, the Court held a hearing on the Motion. Doc. 77. After hearing arguments from the Parties, the Court finds that the Motion is due to be granted in part and denied in part, as stated on the record. The Court's rulings on the disputed discovery requests are summarized below:

| Request Number | Ruling |
| --- | --- |
| Request for Production No. 1 | Motion to compel granted. **On or before July 15, 2025**, Defendant is ordered to produce the information contained in the withheld data file that relates to Plaintiff. As discussed in the hearing, the production need not be in native format. Defendant may provide images or PDFs of the relevant portions of the withheld data file. |
| Request for Production No. 2 | Motion to compel denied. |
| Request for Production No. 3 | Motion to compel denied. |
| Request for Production No. 4 | Motion to compel denied. |
| Request for Production No.5 | Motion to compel granted. **On or before July 15, 2025**, Defendant is ordered to email Plaintiff the total page count of the agreement with WE Energies. |
| Request for Production No. 6 | Motion to compel denied. |
| Request for Production No. 7 | Motion to compel denied. |
| Request for Production No. 8 | Motion to compel denied. |
| Request for Production No. 9 | Motion to compel denied. |
| Request for Production No. 10 | Motion to compel denied. |
| Request for Production No. 11 | Motion to compel denied. |

Accordingly, it is **ORDERED** that the Motion (Doc. 65) is **GRANTED in part and DENIED in part** as set forth in the foregoing chart and:

1. The Court will **DENY** the Parties' requests for sanctions; and

2. Plaintiff shall appear in person for her deposition on **August 13, 2025** at a mutually agreeable time.

**ORDERED** in Orlando, Florida on July 10, 2025.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party

3